394 A.2d 611

Commonwealth v. Livingston, Appellant.

Argued June 16, 1978. Mitchell S. Lipschutz, for appellant; Val P. Wilson, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

394 A.2d 612

Commonwealth v. Miller, Appellant.

Argued June 12, 1978. Eugene H. Clarke, Jr., for appellant; L. Kaplan, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.